THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
David James,       
Appellant.
 
 
 

Appeal From Richland County
Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2003-UP-763
Submitted October 15, 2003  Filed December 
 31, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Charles H. Richardson; 
 and Solicitor Warren Blair Giese, all of Columbia, for Respondent. 
 
 
 

PER CURIAM:  David James appeals his convictions 
 and sentences for criminal sexual conduct, taking a hostage, and knowingly exposing 
 another to HIV.  Counsel for James attached to the final brief a petition to 
 be relieved as counsel.  James did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss the appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.